Pearson, C. J.
 

 ¥e concur with his Honor in the opinion that this ease does not come within the operation of the statute, which forbids the sale of the property of deceased' persons, except by “ public vendue or auction.”
 

 The transaction was not a sale of any portion of the corn, but only a convenient mode of getting the crop of corn hauled to the crib, by allowing a part to be taken as commissions in payment for the price of hauling. It may be that this was the only mode in which the executor could have procured the work to be done. It does not appear that he had any cash of the estate in hand, and certainly he was not required to advance funds of his own, or to pledge his individual credit. In short, the case does not fall within the meaning of the statute, or the evil which it was intended to guard against.
 

 Per Curiam,
 

 Judgment affirmed.